**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY LATANZIO, | Case No. 1:24-cv-1352 KES BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE |
| v. | |
| MARTINEZ, *et al.*, | |
| Defendants. | (Doc. 9) |

Anthony Latanzio is a state prisoner who asserts he suffered violations of his civil rights at North Kern State Prison. After the court issued a screening order, Latanzio failed to file an amended complaint or take any other action to prosecute his claims. The assigned magistrate judge found terminating sanctions are appropriate, after considering the factors identified by the Ninth Circuit in *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) and *Carey v. King*, 856 F.2d 1439, 1440 (9th Cir. 1988). Doc. 9 at 2-3. The magistrate judge recommended the action be dismissed for Latanzio's failure to obey a court order and failure to prosecute. *Id.* at 4.

The court served the findings and recommendations on Latanzio and notified him that any objections were due within 14 days. Doc. 9 at 3. The Court advised him that failure to file objections within the specified time may result in the waiver of rights on appeal. *Id*. at 4, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-839 (9th Cir. 2014).) He did not file objections, and the time to do so has expired.

1

Pursuant to 28 U.S.C. § 636 (b)(1), the court conducted a de novo review of this case. Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and proper analysis.  Accordingly, the court **ORDERS**:

1.    The findings and recommendations issued on December 9, 2025 (Doc. 9), are **ADOPTED** in full.

2.    This action is **DISMISSED** without prejudice for failure to obey a court order and for failure to prosecute.

3.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    February 9, 2026

UNITED STATES DISTRICT JUDGE

2